Appeal of **RAYMOND G. BUSER.**    Docket No. 1494.

Submitted March 30, 1925; decided April 13, 1925.

*James J. O'Byrne, Esq.*, for the taxpayer.
*Robert A. Littleton, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This appeal involves a deficiency in income tax for the year 1919. Counsel for the Commissioner and the taxpayer filed a stipulation with the Board whereby it is agreed that a deficiency of $1,017.06 exists.

DECISION.

In accordance with the stipulation, the taxpayer's deficiency in income tax is determined to be, for the year 1919, $1,017.06.